1
2
3
4
5
6
7
8                        UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11    ANDREW GAYLORD,                          Case No.: 1:20-cv-00972-AWI-SKO

12                    Plaintiff,

13         v.                                   ORDER GRANTING APPLICATION TO
                                                PROCEED IN FORMA PAUPERIS AND
                                                DIRECTING PAYMENT
14    THE CLAY HOUSE, et al.,                   OF INMATE FILING FEE BY THE CHIEF OF
                                                MADERA COUNTY DEPARTMENT OF
15                    Defendants.               CORRECTIONS

16                                              (Doc. 2)

17

18         Plaintiff is a prisoner proceeding pro se and has requested leave to proceed in forma pauperis

19    pursuant to 28 U.S.C. § 1915.  (Doc. 2.)  Plaintiff has made the showing required by § 1915(a) and

20    accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is obligated to pay

21    the statutory filing fee of $350.00 for this action.  28 U.S.C. § 1915(b)(1).  Plaintiff must make

      monthly payments in the amount of twenty percent of the preceding month's income credited to
22
      Plaintiff's trust account.  The Chief of Madera County Department of Corrections is required to
23
      send to the Clerk of Court payments from Plaintiff's account each time the amount in the account
24
      exceeds $10, until the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).
25
           Regarding the status of his complaint, Plaintiff is advised that, pursuant to 28 U.S.C. §
26
      1915(e)(2), the court must conduct an initial review of every pro se complaint proceeding in forma
27
      pauperis to determine whether it is legally sufficient under the applicable pleading standards.  The
28

                                                    1

court must dismiss a complaint, or portion thereof, if the court determines that the complaint is legally frivolous or malicious, fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  If the court determines that the complaint fails to state a claim, leave to amend may be granted to the extent that the deficiencies in the complaint can be cured by amendment.  Plaintiff's complaint will be screened in due course.

If appropriate after the case has been screened, the Clerk of Court will provide Plaintiff with the requisite forms and instructions to request the assistance of the United States Marshal in serving the defendants pursuant to Federal Rule of Civil Procedure 4.

Based on the foregoing and good cause appearing, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed in forma pauperis (Doc. 2) is GRANTED;

**2.     The Chief of Madera County Department of Corrections or his designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty per cent (20%) of the preceding month's income credited to the prisoner's trust account, and shall forward those payments to the Clerk of Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350 has been collected and forwarded to the Clerk of Court.  The payments shall be clearly identified by the name and number assigned to this action.**

3.     The Clerk of Court is directed to serve a copy of this order and a copy of Plaintiff's in forma pauperis application on the Chief of Madera County Department of Corrections, via the court's electronic case filing system (CM/ECF).

4.     The Clerk of Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California, Sacramento Division.

IT IS SO ORDERED.

Dated:   **July 16, 2020**                          /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE

2