# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW GAYLORD,<br><br>  Plaintiff,<br><br>v.<br><br>THE CLAY HOUSE, et al.,<br><br>  Defendants. | CASE NO. 1:20-cv-00972-AWI-SKO<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATION TO DISMISS WITH PREJUDICE FOR PLAINTIFF'S FAILURE TO COMPLY WITH THE COURT'S ORDERS AND FAILURE TO PROSECUTE**<br><br>**(Doc. No. 7)** |

On July 14, 2020, Plaintiff Andrew Gaylord, proceeding pro se, filed a civil complaint against Defendants The Clay House and Kevin La Puerta. (Doc. No. 1.) Plaintiff purports to allege claims under 42 U.S.C. § 1983 for violation of his Fifth and Fourteenth Amendment rights and California Penal Code § 422.6(a). (*Id.* at 6.) Plaintiff seeks compensatory damages in the amount of $100,000 and punitive damages in the amount of $100,000. (*Id.* at 7.) Plaintiff also filed an application to proceed *in forma pauperis*, which was granted on July 17, 2020. (Doc. Nos. 2 & 3.)

On August 27, 2020, the Court issued a screening order finding that Plaintiff failed to state any cognizable claims and granted Plaintiff twenty-one days leave to file an amended complaint curing the pleading deficiencies identified in the order. (Doc. No. 5.) Although more than the allowed time has passed, Plaintiff has failed to file an amended complaint or otherwise respond to the Court's screening order.

On October 5, 2020, an order issued for Plaintiff to show cause ("OSC") within twenty-one days why the action should not be dismissed for his failure to comply with the Court's screening order and for failure to prosecute this case. (Doc. No. 6.) Plaintiff was warned in both the screening order and the OSC that the failure to comply with the Court's order would result in a

recommendation to the presiding district judge of the dismissal of this action. (*Id. See also* Doc. No. 5.) Plaintiff did not respond to the OSC.

On November 9, 2020, the assigned magistrate judge issued findings and recommended that the case be dismissed with prejudice for failing to comply with the court's screening order and the order to show cause and for failure to prosecute. (Doc. No. 7.) Plaintiff was granted twenty-one (21) days in which to file objections to the findings and recommendation. (*Id.*) No objections have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds that the findings and recommendation are supported by the record and proper analysis.

ORDER

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation dated November 9, 2020 (Doc. No. 7), are ADOPTED IN FULL;
2. This action is DISMISSED WITH PREJUDICE; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: December 23, 2020

SENIOR DISTRICT JUDGE

2